JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA -WEST DIVISION

| | |
|---|---|
| ECC PROPERTY FUND, a California non-profit corporation; and EASTSIDE CHRISTIAN CHURCH OF FULLERTON CALIFORNIA, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, S.I., a Wisconsin corporation.<br><br>Defendants. | Case No. 8:24-CV-02546-JVS (ADSx)<br><br>**ORDER OF DISMISSAL [29]**<br><br>Judge:        Hon. James V. Selna<br>Dept.:         10C<br>Action Filed: November 21, 2024<br>Trial Date:   March 31, 2026 |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of All Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action,

1
Order of Dismissal

and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**ORDERED**:

Dated: December 01, 2025

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE